

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-12-00153-CR & 04-12-00154-CR

Robert Eugene **SHEEDS**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Bandera County, Texas
Trial Court Nos. CR-11-082 & CR-11-083
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED September 11, 2013.

_____
Luz Elena D. Chapa, Justice